

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00349-CR

**IN RE** Shane McClaine **CAIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  June 12, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On June 3, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 91-0984-CR, styled *The State of Texas v. Shane McClaine Cain*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable Gus J. Strauss, presiding.